JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Qianyu Xu<br><br>        Plaintiff,<br><br>   v.<br><br>Ur M. Jaddou, et al. | **Case No. CV 22-06166-GW-JEMx**<br><br>**ORDER OF DISMISSAL** |

Since the agency has reached a decision on the mandamus in the above-referenced case and the case in subject has been fully adjudicated, this case is dismissed per the parties' stipulation.

**IT IS SO ORDERED.**

Dated: June 28, 2023

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE